

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BETHANY CUSTARD, | § | No. 08-24-00107-CV |
| Appellant, | § | Appeal from the |
| v. | § | 261st District Court |
| MATTHEW HAMPTON ROBERTS, | § | of Travis County, Texas |
| Appellee. | § | (TC#D-1-FM-21-003470) |

## MEMORANDUM OPINION[1]

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On April 15, 2024, the Clerk of the Third Court of Appeals sent Appellant a letter notifying her that this appeal would be subject to dismissal if she did not pay the required filing on or before April 25, 2024. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). After this cause was transferred to this Court, the Clerk of this Court sent Appellant, on April 30, 2024, a second notice informing her

---

[1] The appeal was transferred to this Court from the Third Court of Appeals pursuant to a Texas Supreme Court docket equalization order.

that this appeal would be subject to dismissal if she did not pay the required filing fee by May 20, 2024.

As of this date, Appellant still has not paid the filing fee or otherwise shown she is excused from paying this fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 5, 42.3(c).

GINA M. PALAFOX, Justice

May 29, 2024

Before Palafox, J., Soto, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)